**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
VAN HUNG VI

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 07-CR-0059-LKK |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE** |
| VAN HUNG VI and VAN HY VI | ) **Date: October 15, 2008** |
| | ) **Time: 9:15 a.m.** |
| Defendant | ) **Hon. Lawrence K. Karlton** |

    Defendants by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Mary Grad, hereby agree and stipulate to continue the status conference in the above captioned case from October 15, 2008 to December 16, 2008 at 9:15a.m.[1] This continuance is requested because counsel for defendants need additional time to review discovery and to conduct further investigation.

    The parties further agree and stipulate that time be excluded from October 15, 2008 to December 16, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that December 16, 2008 at 9:15 a.m. is an available date and time for a status conference on this matter.

SUBSTITUTION OF ATTORNEY - 1

Dated:  October 10, 2008          ss// Johnny L. Griffin, III_____
                                  JOHNNY L. GRIFFIN, III
                                  Attorney at Law

Dated:  October 10, 2008          ss// Douglas Rappaport__ [2]
                                  DOUGLAS RAPPAPORT
                                  Attorney at Law

Dated:  October 10, 2008          ss// Mary Grad_____ [3]
                                  Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  October 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Assistant United States Attorney Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

[3] Attorney Douglas Rappaport telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

SUBSTITUTION OF ATTORNEY - 2