**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
VAN HUNG VI

# IN THE UNITED STATES DISTRICT

# COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 07-CR-0059-LKK |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE NON-EVIDENTIARY** |
| vs. | ) **HEARING** |
| VAN HUNG VI and VAN HY VI | ) **Date: April 14, 2009** |
| | ) **Time: 9:15 a.m.** |
| | ) **Hon. Lawrence K. Karlton** |
| Defendant | |

Defendants by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Mary Grad, hereby agree and stipulate to continue the non-evidentiary hearing in the above captioned case from April 14, 2009 to April 24, 2009 at 1:30.[1] This continuance is requested because of the unavailability of counsel for defendant Van Hung Vi.

The parties further agree and stipulate that time be excluded from April 14, 2009 to April 24, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that April 14, 2009 at 1:30 a.m. is an available date and time for a non-evidentiary hearing on this matter.

1

Dated:  April 8, 2009         ss// Johnny L. Griffin, III
                                    JOHNNY L. GRIFFIN, III
                                    Attorney at Law

Dated:  April 8, 2009         ss// Douglas Rappaport [2]
                                    DOUGLAS RAPPAPORT
                                    Attorney at Law

Dated:  April 8, 2009         ss// Mary Grad [3]
                                    Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Assistant United States Attorney Mary Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

[3] Attorney Douglas Rappaport telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.